# UNITED STATES DISTRICT COURT

### FILED

for the

Eastern District of North Carolina

Western Division

MAR 27 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| Andrew R. Smith, Pro Se <br><br><br> _Plaintiff(s)_ <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> **-v-** <br> **Theodore Mermigos, in his official capacity as Director of the Delaware Division of Child Support Services; Jaime B. Trupp, in her official capacity as Director of the Montgomery County Domestic Relations Office; Antwanette Joyce Patterson; et al** <br> _Defendant(s)_ <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 5:26-cv-00194-BO <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Andrew R Smith |
| Street Address | 338 Duck Pond rd |
| City and County | Nashville |
| State and Zip Code | NC, 27856 |
| Telephone Number | 252-314-0645 |
| E-mail Address | mrandrewsmith29@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Theodore Mermigos |
| Job or Title *(if known)* | Director of Delaware Division of Child Support Services |
| Street Address | 905 S Governors Ave |
| City and County | Dover |
| State and Zip Code | DE 19850 |
| Telephone Number | 302-577-7171 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Jaime B. Trupp |
| Job or Title *(if known)* | Director of Montgomery County Domestic Relations Office, Pennsyl' |
| Street Address | 425 Swede st. |
| City and County | Norristown, Montgomery County |
| State and Zip Code | PA 19404 |
| Telephone Number | 610-278-3646 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Antwanette Patterson |
| Job or Title *(if known)* | Nurse |
| Street Address | 2901 Maryannes ct |
| City and County | North Wales, Montgomery County |
| State and Zip Code | PA, 19454 |
| Telephone Number | 215-740-2184 |
| E-mail Address *(if known)* | apatterson5334@gmail.com |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Case 5:26-cv-00194-BO-RN    Document 1    Filed 03/27/26    Page 2 of 5

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**This Court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343 because this action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983. Plaintiff alleges that Defendants, acting under color of state law, deprived him of rights secured by the Fourth Amendment and Fourteenth Amendment to the United States Constitution, including deprivation of property without due process of law and enforcement actions undertaken without lawful personal jurisdiction or valid service of process.**

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

    and has its principal place of business in the State of *(name)*

    _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.      If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

I the Plaintiff Andrew R. Smith brings this action arising from ongoing child support enforcement activity that has been undertaken without lawful personal jurisdiction, without proper service of process, and without a full and fair adjudication of his jurisdictional objections. The Defendants, acting outside of their official capacities, have continued to coordinate and authorize enforcement measures despite unresolved procedural defects.

I the Plaintiff Andrew R. Smith states that initial support-related contact and procedural activity first arose during a period in which I Andrew Smith had temporary physical presence in the State of Delaware. However, that prior to any final adjudicative determination regarding the alleged support obligation, including the entry of default findings, enforcement authorization, or hearings addressing the merits of the obligation. I relocated to the State of North Carolina. At the time material enforcement decisions were made, neither I Andrew Smith, the minor childs Mother, or the minor child resided within the State of Delaware. (See attached continuation pages for full Statement of Claim.)

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests that the Court grant the following relief:

1. A declaratory judgment that enforcement actions undertaken against Plaintiff pursuant to the challenged support order were initiated and continued without lawful personal jurisdiction and without adequate due process protections.
2. Immediate injunctive relief, including a stay of all current and pending child support enforcement activity directed toward Plaintiff's employment income, tax refunds, and professional or personal licenses, pending final resolution of this action.
3. Permanent injunctive relief prohibiting Defendants from continuing or initiating enforcement actions against Plaintiff based upon the challenged order or any enforcement proceedings arising from the same alleged jurisdictionally defective foundation.
4. Dismissal with prejudice of enforcement actions undertaken pursuant to the challenged support order in order to prevent ongoing and future hardship to Plaintiff arising from the alleged constitutional violations.

Text

5. Compensatory damages in an amount in excess of $75,000, including but not limited to lost wages, employment disruption, reputational harm, emotional distress, and financial instability resulting from enforcement actions undertaken without due process of law.

6. Punitive damages against individual Defendants in their personal capacities for actions Plaintiff alleges were taken under color of state law with reckless disregard for Plaintiff's constitutional rights.

7. Costs of this action and such other and further relief as the Court deems just and proper.

Plaintiff alleges that the wrongful conduct described herein is continuing at the present time due to ongoing enforcement activity and the threat of additional administrative penalties.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _3/27/26_

Signature of Plaintiff _A_

Printed Name of Plaintiff _Andrew Smith_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____